**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 11-7520**

———————

UNITED STATES OF AMERICA,

                Plaintiff - Appellee,

     v.

STACEY CORNELIUS HARRIS, a/k/a Stacy Cornelius Harris,

                Defendant - Appellant.

———————

Appeal from the United States District Court for the Western District of Virginia, at Danville. Jackson L. Kiser, Senior District Judge. (4:07-cr-00011-JLK-2)

———————

Submitted: February 16, 2012     Decided: February 22, 2012

———————

Before SHEDD, KEENAN, and WYNN, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Stacey Cornelius Harris, Appellant Pro Se. Donald Ray Wolthuis, Assistant United States Attorney, Roanoke, Virginia, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Stacey Cornelius Harris appeals the district court's order denying his motion for a reduction of sentence under 18 U.S.C. § 3582(c)(2) (2006). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. United States v. Harris, No. 4:07-cr-00011-JLK-2 (W.D. Va. Nov. 4, 2011). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED